**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____  Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

| | | |
|---|---|---|
| 1. | **Debtor's name** | Americanas S.A. |
| 2. | **Debtor's unique identifier** | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>☑ Other  00.776.574/0006-60 .   Describe identifier  Brazilian tax ID .<br><br>**For individual debtors:**<br>☐ Social Security number:   xxx – xx– ____ ____ ____ ____<br>☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____<br>☐ Other _____ .  Describe identifier _____ . |
| 3. | **Name of foreign representative(s)** | Antonio Reinaldo Rabelo Filho |
| 4. | **Foreign proceeding in which appointment of the foreign representative(s) occurred** | Duly appointed by the Debtor's Board of Officers as foreign representative of the Debtor in the Brazilian RJ Proceeding (case number 0803087-20.2023.8.19.0001) pending before the 4th Business Court of Rio de Janeiro. |
| 5. | **Nature of the foreign proceeding** | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | **Evidence of the foreign proceeding** | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br><br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br><br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>A copy and English translation of (i) the Debtor's petition commencing the foreign proceeding, (ii) the foreign court's decision granting the petition, and (iii) the Debtor's Board of Officers' resolutions appointing the foreign representative. |
| 7. | **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?** | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor  **Americanas S.A.**  Case number (*if known*)_____
           Name

8. **Others entitled to notice**  Attach a list containing the names and addresses of:

   (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

   (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

   (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

   **Country where the debtor has the center of its main interests:**

   Brazil

   **Debtor's registered office:**

   Rua Sacadura Cabral, No. 102, Saúde
   Number      Street

   _____
   P.O. Box

   Rio de Janeiro          RJ      20081-902
   City    State/Province/Region   ZIP/Postal Code

   Brazil
   Country

   **Individual debtor's habitual residence:**

   _____
   Number      Street

   _____
   P.O. Box

   _____
   City    State/Province/Region   ZIP/Postal Code

   _____
   Country

   **Address of foreign representative(s):**

   Rua Barão da Torre, 550, Apt. 201, Ipanema
   Number      Street

   _____
   P.O. Box

   Rio de Janeiro          RJ      22411-002
   City    State/Province/Region   ZIP/Postal Code

   Brazil
   Country

10. **Debtor's website** (URL)   https://www.americanas.com.br/

11. **Type of debtor**

    *Check one:*

    ☑ Non-individual (*check one*):

       ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

       ☐ Partnership

       ☐ Other. Specify: _____

    ☐ Individual

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 2

Debtor  Americanas S.A.
        Name                                                                Case number (if known) _____

**12. Why is venue proper in this district?**

Check one:

☒ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district: _____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because: _____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _[signature]_                                   Antonio Reinaldo Rabelo Filho
  Signature of foreign representative              Printed name

Executed on  01/25/2023
             MM / DD / YYYY

✗ _[signature]_                                   Antonio Reinaldo Rabelo Filho
  Signature of foreign representative              Printed name

Executed on  01/25/2023
             MM / DD / YYYY

**14. Signature of attorney**

✗ /s/ John K. Cunningham                          Date  01/25/2023
  Signature of Attorney for foreign representative       MM / DD / YYYY

John K. Cunningham
Printed name
White & Case LLP
Firm name
1221 Avenue of the Americas
Number     Street
New York                                          NY           10020
City                                              State        ZIP Code

(212) 819-8200                                    jcunningham@whitecase.com
Contact phone                                     Email address

2564565                                           NY
Bar number                                        State