WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
John K. Cunningham
Philip M. Abelson
Gregory M. Starner
Ricardo M. Pasianotto (*pro hac vice* pending)
Lilian M. Marques
Livy Mezei (*pro hac vice* pending)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (*pro hac vice* pending)

*Attorneys for Antonio Reinaldo Rabelo Filho,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Americanas S.A., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Case No. 23-10092 (MEW)<br><br>Chapter 15<br><br>(Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE***

I, Richard S. Kebrdle, request admission in accordance with Local Bankruptcy Rule 2090-1(b), ***pro hac vice***, before the Honorable Judge Michael E. Wiles, to represent Antonio Reinaldo Rabelo Filho*,* as Petitioner and Foreign Representative of the above-captioned debtor in a foreign proceeding before the 4th Business Court of Rio de Janeiro (the

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60 - Brazil); JSM Global S.à.r.l. (5670 – Grand Duchy of Luxemburg); and B2W Digital Lux S.à.r.l. (8659 – Grand Duchy of Luxemburg).

"**Brazilian RJ Court**") pursuant to Federal Law No. 11.101 of February 9, 2005 ("**Brazilian Bankruptcy Law**") under the laws of the Federative Republic of Brazil ("**Brazil**").

    I certify that I am a member in good standing of the Bar of the State of Florida and admitted to practice before the United States District Court for the Southern District of Florida. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  January 26, 2023

        Respectfully submitted,

        By:   */s/ Richard S. Kebrdle*
              Richard S. Kebrdle

        White & Case LLP
        Southeast Financial Center, Suite 4900
        200 South Biscayne Boulevard
        Miami, Florida 33131
        Email address: rkebrdle@whitecase.com
        Telephone: (305) 371-2700
        Facsimile: (305) 358-5744

        *Attorneys for Antonio Reinaldo Rabelo Filho, as Petitioner and Foreign Representative*