WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
John K. Cunningham
Philip M. Abelson
Gregory M. Starner
Ricardo M. Pasianotto (*pro hac vice* pending)
Lilian M. Marques
Livy Mezei (*pro hac vice* pending)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (*pro hac vice* pending)

*Attorneys for Antonio Reinaldo Rabelo Filho,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 23-10092 (MEW)<br>)<br>) Chapter 15<br>) (Jointly Administered)<br>) |
| Americanas S.A., *et al.*,[1] | |
| Debtors in a Foreign Proceeding. | |

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Ricardo M. Pasianotto, request admission in accordance with Local Bankruptcy Rule 2090-1(b), ***pro hac vice***, before the Honorable Judge Michael E. Wiles, to represent Antonio Reinaldo Rabelo Filho*,* as Petitioner and Foreign Representative of the above-captioned debtor in a foreign proceeding before the 4th Business Court of Rio de Janeiro (the "**Brazilian RJ Court**")

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60 - Brazil); JSM Global S.à.r.l. (5670 – Grand Duchy of Luxemburg); and B2W Digital Lux S.à.r.l. (8659 – Grand Duchy of Luxemburg).

pursuant to Federal Law No. 11.101 of February 9, 2005 ("**Brazilian Bankruptcy Law**") under the laws of the Federative Republic of Brazil ("**Brazil**").

I certify that I am a member in good standing of the Bar in the State of New York. I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: January 26, 2023

Respectfully submitted,

By: */s/ Ricardo M. Pasianotto*
Ricardo M. Pasianotto

WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020-1095
Telephone: (212) 819-8200
Email: ricardo.pasianotto@whitecase.com

*Attorneys for Antonio Reinaldo Rabelo Filho, as Petitioner and Foreign Representative*