WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
John K. Cunningham
Philip M. Abelson
Gregory M. Starner
Ricardo M. Pasianotto (admitted *pro hac vice*)
Lilian M. Marques
Livy Mezei (admitted *pro hac vice*)

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)

*Attorneys for Antonio Reinaldo Rabelo Filho,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| Americanas S.A., *et al.*,[1] | Case No. 23-10092 (MEW) |
| Debtors in a Foreign Proceeding. | Chapter 15 (Jointly Administered) |

**AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 27, 2023 AT 1:00 PM**

*Date and Time*:            **January 27, 2023 at 1:00 p.m. (Prevailing Eastern Time)**

*Location of Hearing*:      Telephonic, via Court Solutions LLC[2]

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60 - Brazil); JSM Global S.à.r.l. (5670 – Grand Duchy of Luxemburg); and B2W Digital Lux S.à.r.l. (8659 – Grand Duchy of Luxemburg).

[2] Parties wishing to participate at the hearing must make arrangements through Court Solutions LLC (http://www.court-solutions.com).

## **MATTERS GOING FORWARD**

1. *Motion for Provisional Relief under 11 U.S.C. Section 1519, 1521(a)(7), 105(a) and 362* [ECF No. 5].

Related Documents:

(a) *Petitioner's Declaration and Verified Petition for Recognition of the Brazilian RJ Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1509, 1515, 1517, 1520, and 1521* [ECF No. 3]; and

(b) *Declaration of Francisco Satiro Pursuant to 28 U.S.C. § 1746 in Support of the Petitioner's Declaration and Verified Petition for Recognition of the Brazilian RJ Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1509, 1515, 1517, 1520, and 1521* [ECF No. 4].

2. *Motion Pursuant to Federal Rules of Bankruptcy Procedure 2002(m) and (q) and 9007 for order scheduling hearing and Approving Form and Manner of Service of Notice* [ECF No. 13].

Related Documents:

(a) *Petitioner's Declaration and Verified Petition for Recognition of the Brazilian RJ Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1509, 1515, 1517, 1520, and 1521* [ECF No. 3]; and

(b) *Declaration of Francisco Satiro Pursuant to 28 U.S.C. § 1746 in Support of the Petitioner's Declaration and Verified Petition for Recognition of the Brazilian RJ Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1509, 1515, 1517, 1520, and 1521* [ECF No. 4].

Dated: January 26, 2023

Respectfully submitted,

WHITE & CASE LLP

By: /s/ John K. Cunningham
    John K. Cunningham

WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 819-8200
John K. Cunningham
Philip M. Abelson
Gregory M. Starner
Ricardo M. Pasianotto (admitted *pro hac vice*)
Lilian M. Marques
Livy Mezei (admitted *pro hac vice*)
jcunningham@whitecase.com
philip.abelson@whitecase.com
gstarner@whitecase.com
ricardo.pasianotto@whitecase.com
lilian.marques@whitecase.com
livy.mezei@whitecase.com

200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (admitted *pro hac vice*)
rkebrdle@whitecase.com

*Attorneys for Antonio Reinaldo Rabelo Filho,
as Petitioner and Foreign Representative*