Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 23-10092-mew

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    In the Matter of:

6

7    AMERICANAS S.A.,

8

9          Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11                  United States Bankruptcy Court

12                  One Bowling Green

13                  New York, NY  10004

14

15                  January 27, 2023

16                  1:02 PM

17

18

19

20

21   B E F O R E :

22   HON MICHAEL E. WILES

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  KB

1    HEARING re Motion Seeking Provisional Relief

2

3    HEARING re Motion Seeking Entry for Order Scheduling

4    Recognition Hearing and Specifying Form and Manner of Notice

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :

 2

 3   UNITED STATES DEPARTMENT OF JUSTICE

 4        Attorneys for the U.S. Trustee

 5        Alexander Hamilton Custom House

 6        New York, NY 10004

 7

 8   BY:  ANNIE WELLS

 9

10   WHITE & CASE LLP

11        Attorneys for Foreign Representative Antonio Reinaldo

12        Rabelo Filho

13        1221 Avenue of the Americas

14        New York, NY 10020

15

16   BY:  PHILIP ABELSON

17        JOHN CUNNINGHAM

18        RICHARD KEBRDLE

19        RICARDO M. PASIANOTTO

20        GREGORY STARNER

21

22

23

24

25
```

Page 4

```
1   DECHERT LLP

2        Attorneys for Banco BTG Pactual S.A.

3        1095 Avenue of the Americas

4        New York, NY 10036

5

6   BY:  ALLAN BRILLIANT

7

8   HOGAN LOVELLS

9        Attorneys for Deutsche Bank Trust Company Americas

10        390 Madison Avenue

11        New York, NY 10017

12

13   BY:  RONALD SILVERMAN

14

15   ALSO PRESENT:

16   GRISELDA CABRERA

17   PAULO CRISTOFARO DI CELIO

18   NICOLE MOLNER

19   FABIANA SAKAI

20   LUCY MONTEIRO

21   CRAIG RASILE

22   JUSTIN WINERMAN

23   JONATHAN CHO

24   STEVEN CHURCH

25   ANA LUCIA HURTADO
```

Page 5

1   KATHERINE MCLENDON

2   TAYLOR HARRISON

3   CRAIG DRUEHL

4   LIVY MEZEI

5   ANTONIO RABELO

6   FRANCISCO SATIRO

7   JENNIFER LEE

8   MATTHEW STONE

9   HELEN YAN

10   ANGELA HERRING

11   MICHELLE MCGREAL

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

1                   P R O C E E D I N G S

2           THE COURT:  Good afternoon, everybody.  Are the

3    parties ready on the Americanas matter?  I can't hear

4    anybody.

5           MR. CUNNINGHAM:  Yes, Your Honor.  Your Honor, I'm

6    sorry, I was unmuting myself, I apologize.  (indiscernible)

7    John Cunningham of White & Case, Your Honor.

8           THE COURT:  Okay.  Who else do I have who's

9    appearing, and who do you represent?

10          MR. CUNNINGHAM:  Your Honor, again, I'll start.

11   John Cunningham from White & Case, we represent Mr. Antonio

12   Reinaldo Rabelo, the foreign representative of the three

13   Chapter 11 -- I'm sorry, Chapter 15 debtors, sorry.

14   Americanas S.A., JSN Global, SARL, and BTW Digital Lux SARL.

15   And I'm joined by my colleagues, Mr. Starner, Mr. Abelson,

16   and Mr. Pasianotto, Your Honor.

17          MR. BRILLIANT:  Your Honor, Allan Brilliant from

18   Dechert LLP on behalf of Banco BTG Pactual S.A., which is

19   one of the largest creditors of the three Chapter 15

20   debtors.

21          THE COURT:  Okay.

22          MR. SILVERMAN:  Your Honor, this is Ronald

23   Silverman, from Hogan Lovells.  We are counsel to Deutsche

24   Bank Trust Company Americas, who is the Trustee on each of

25   the two series of senior notes, one of which is issued by

Page 7

1    BTW Digital, the other is issued by JSM Global, and both of

2    them are guaranteed by Americanas, Your Honor.

3              THE COURT:  Okay.  Mr. Cunningham --

4              MS. WELLS:  Good afternoon, Your Honor.

5              THE COURT:  I'm sorry.

6              MS. WELLS:  My apologies.  For the record, Annie

7    Wells appearing on behalf of the United States Trustee.

8              THE COURT:  My apologies, Ms. Wells, I cut you

9    off.  All right, Mr. Cunningham, please proceed.

10             MR. CUNNINGHAM:  Thank you, Your Honor.  First, I

11   want to thank Your Honor and your staff for scheduling this

12   hearing on short notice, and for entering the joint

13   administration order for these three Chapter 15 cases.

14   Second, we also have on the phone, Your Honor, Mr. Rabelo,

15   the foreign representative, as well as our Brazilian law

16   declarant, Mr. Francisco Satiro.  And third, Your Honor, we

17   have two motions on the agenda.

18             One is the motion for provisional relief

19   requesting application of the section 362 stay for the

20   Chapter 15 debtors and their assets within the territorial

21   jurisdiction of the United States, pending Your Honor's

22   decision on recognition, and lastly a procedural motion

23   scheduling the recognition hearing and approving a form of

24   matter of notice in these cases.  My litigation partner,

25   Greg Starner and I will be presenting the provisional stay

Page 8

1   motion to Your Honor, and my partner Phil Abelson will

2   present the procedural motion.

3           We have received no objections, formal or informal

4   to either of these two motions, Your Honor.  We did hear

5   from Dechert counsel to BTG shortly before this hearing to

6   confirm that, as to the provisional stay that we're seeking,

7   it is only for the three Chapter 15 debtors and limited to

8   the territorial jurisdiction of the United States, which we

9   did confirm.

10          So, Your Honor, with your permission, I would

11  propose to start by providing the Court with a brief

12  overview of the Americanas Group and its judicial

13  reorganization case, pending in Rio de Janeiro, Brazil.

14          THE COURT:  Okay, please proceed.

15          MR. CUNNINGHAM:  Thank you.  Your Honor, as set

16  forth in the foreign representative's verified petition for

17  recognition, the Americanas Group is one of the largest

18  retailers in Brazil, providing a broad range of goods and

19  services throughout Brazil.  It is also one of Brazil's

20  oldest retailers, having been founded over 90 years ago, and

21  today has grown to become amongst Brazil's largest online

22  and traditional retail store operators, with approximately

23  53 million customers, 100,000 -- as well as 100,000

24  employees in Brazil.

25          Americanas is also a publicly held company in

1    Brazil with over 146,000 shareholders.  So, how did we get

2    here?  Well, Your Honor, it's been a series of rapidly

3    developing and cascading events over the last two weeks.  On

4    January 11th, barely two weeks ago, Americanas issued a

5    public notice that it identified certain accounting

6    inconsistencies relating to the mischaracterization of

7    certain purchase financing debts owed to suppliers.

8              The preliminary estimate of the potential

9    magnitude of these inconsistencies is approximately 20

10   billion Brazilian Real, or 3.87 billion U.S. dollars.  With

11   that public announcement, Your Honor, the company also

12   announced the formation of a special committee of the Board

13   of Directors to investigate these accounting

14   inconsistencies, and that investigation is ongoing.  But the

15   reaction to the public announcement of the accounting

16   inconsistencies by the company's creditors in Brazil was

17   swift.

18             Early attempts at an orderly, consensual

19   standstill and negotiation with creditors were unsuccessful.

20   And rather than a run on the banks, we had the opposite

21   occur.  The banks commenced a run on the company, its

22   assets, and its cash.  The company responded by seeking and

23   it obtaining a federal Court provisional 30-day injunction

24   against creditor collection act -- actions in Brazil.

25   However, one of the company's lenders, BTG, obtained, on

1    appeal, suspension of various aspects of that provisional

2    injunctive -- injunction order.

3            The company then was left with no alternative but

4    to commence a voluntary re-organization case under Brazilian

5    bankruptcy law, known as RJ, which is Brazil's Chapter 11

6    equivalent.  Last week, the company filed for RJ in Rio de

7    Janeiro, Brazil with the Brazilian RJ Court, which accepted

8    the RJ petition last week on January the 19th.  The

9    company's RJ case has resulted in a judicial stay against

10   creditor enforcement action, similar to the section 362

11   automatic stay in the United States.

12           Notwithstanding the RJ stay, the company remains

13   embroiled in creditor and other litigation in Brazil, which

14   the litigation will be decided by the Brazilian proceedings

15   and Courts, including the RJ Court.  The company's fervent

16   hope, Your Honor, now is to first stabilize business

17   operations, obtain a breathing spell from creditor actions,

18   and embark upon a negotiation with creditors on the

19   development and ultimate approval of a reorganization plan

20   in Brazil.

21           So, that turns us now to the United States, Your

22   Honor.  And the company has one billion U.S. dollars of

23   unsecured principal amount of New York notes issued at the

24   end of 2020, which remain outstanding and which are governed

25   under New York law indentures.  We filed these Chapter 15

Page 11

1    cases two days ago, on January the 25th with this Court, and

2    then filed, among other things, the petition for recognition

3    under Chapter 15 of the U.S. Bankruptcy code, as well as, as

4    I mentioned, the motion for provisional stay relief, which

5    we seek from the Court today.  So, that's the overview I

6    have, Your Honor.  I'll stop there.  Any questions Your

7    Honor might have.

8              THE COURT:  What is the venue based on?  What is

9    the -- what assets are they named in the United States?

10             MR. CUNNINGHAM:  We have, Your Honor, cash in

11   basically attorney escrow accounts here for Americanas, and

12   we have cash located in bank accounts for the two Luxembourg

13   issuers that are located here in New York, Your Honor.

14   Again, I know -- I think the amounts are approximately 14,

15   15,000 in it, with the retainers.  I think the total amount

16   is, again, approximately $15,000.

17             But we also have, again, New York law govern

18   indentures of one billion dollars, and we have ADRs for the

19   company's stock here in the United States.  We have

20   obligations with respect to that, which we believe under

21   precedent here in this district that that also constitutes

22   property located in the United States.

23             THE COURT:  Okay.

24             MR. CUNNINGHAM:  So, Your Honor, if I may, as I

25   had mentioned we have two motions.  The first one's the

Page 12

1   provisional stay motion that I and Mr. Starner will address.

2   May I turn to that motion, Your Honor?

3            THE COURT:  Yes, please do.

4            MR. CUNNINGHAM:  Thank you.  And if I may, if I

5   can start with Mr. Starner on the evidence, and turn it over

6   to Mr. Starner.

7            THE COURT:  Yes.

8            MR. STARNER:  Good afternoon, Your Honor.  Can you

9   hear me okay?

10           THE COURT:  I can, thank you.

11           MR. STARNER:  Excellent.  This is Greg Starner of

12  White & Case on behalf of the foreign representative.  What

13  I propose to do, Your Honor, if it pleases the Court, we

14  have -- we're proposed to put forward direct testimony from

15  the two Witnesses through their declarations, and both

16  Witnesses are available on the phone to respond to any

17  questions the Court may have, or any other party may have.

18           THE COURT:  Okay.

19           MR. STARNER:  So, I'd like to start first with the

20  foreign representative's declaration, which is at docket

21  number three.  We would propose to present that and submit

22  that to the Court as Mr. Rabelo's direct testimony.

23           THE COURT:  All right, is there any objection to

24  the admission of that declaration into evidence?  Anybody on

25  the phone who wishes to cross examine the Witness?  All

1    right, there are no objections and no requests for cross

2    examination, the declaration is admitted.

3            MR. STARNER:  Thank you, Your Honor.  Turning to

4    the foreign law expert, we had submitted a declaration of

5    Mr. Satiro, that's at docket number four.  We would propose

6    to enter that or submit that declaration as his direct

7    testimony in this case.

8            THE COURT:  Is there anybody who objects to the

9    admission of Mr. Satiro's declaration into evidence?

10   Anybody who wishes to cross examine the Witness?  All right,

11   there are no objections, no request for cross examination,

12   and the declaration is admitted.

13           MR. STARNER:  Thanks, Your Honor.  Unless there's

14   any questions from the Court for either Witnesses, I would

15   propose to turn it back over to Mr. Cunningham.

16           THE COURT:  No, this is a pretty straightforward

17   motion.  As I understand it, you don't have any particular

18   threats or pending litigation or such things, but you're

19   concern's that if anything happens it could interfere with

20   the Brazilian proceedings and with the efforts to kind of

21   treat all creditors equally.  Is that essentially what it

22   comes down to?

23           MR. STARNER:  Correct, Your Honor.

24           THE COURT:  Okay.

25           MR. CUNNINGHAM:  Your Honor, it's John Cunningham

Page 14

1    again.  Your Honor's points are exactly correct, and we made

2    clear that our relief that we're seeking, and as we

3    clarified to BTG's counsel is the traditional standard

4    relief of simply having section 362 apply provisionally,

5    until Your Honor rules on recognition.  If anybody or any

6    creditor wants to seek relief from the stay, they obviously

7    can, and come to Your Honor, in which we would be able to

8    respond.

9         But, our concern is because the one billion

10   dollars of New York bonds have accelerated, it has choice of

11   venue in New York, and we had seen, Your Honor, in the -- in

12   other cases, particularly in the OAS case before Judge

13   Bernstein reported it bankruptcy -- report 55BR832015, there

14   was bond holder litigation that had been commenced in that

15   case prior to obtaining the Chapter 15 stay that resulted in

16   various pre-judgement attachments and orders on an Ex Parte

17   basis, which, had we had the stay in place to begin with, we

18   would have been able to avoid.

19        So, what we're trying to do here is again,

20   institute a -- the standard status quo stay against

21   litigation in the United States.  Quite frankly, we have so

22   much creditor litigation going on in Brazil, we're trying to

23   avoid a spillover effect here in the United States, and we

24   would like to make sure, to the extent there is going to be

25   litigation in the United States, that it's before Your Honor

1      with the protections here in the Chapter 15.

2             We also believe that this Chapter 15 is going to

3      be necessary to ultimately enforce a -- hopefully a

4      reorganization plan down the road, when we can get one

5      confirmed by the Brazilian Court and come back to Your Honor

6      at that point.  So, we definitely see the need for this

7      Chapter 15 and Your Honor's help and assistance.  This is

8      the preliminary step of doing, as Your Honor said, the

9      standard stay pending recognition with more to come.

10            And we view it as a -- almost a stop, look, and

11     listen right now to allow things to play out in Brazil, we

12     will continue to keep this Court updated as this is moving

13     very rapidly, so we will continue to do constant updates to

14     the Court about developments and what's happening.  But,

15     that's why we're seeking the provisional stay relief here

16     today, Your Honor.

17            THE COURT:  All right.  Are there any objections

18     to the requested relief?

19            MR. BRILLIANT:  Your Honor, it's Allan Brilliant

20     on behalf of BTG.  May I be heard?

21            THE COURT:  Yes, you may.

22            MR. BRILLIANT:  Thank you, Your Honor.  As I

23     mentioned earlier, we represent Banco BTG Pactual S.A.  Like

24     Mr. Cunningham, I'm just going to refer to our client as

25     BTG.  BTG is one of the debtor's largest creditors.  They're

1   owed hundreds of millions of dollars.  As the debtors point

2   out in their verified petition and as Mr. Starner just

3   mentioned to Your Honor, these cases effectively were

4   precipitated by the debtor's disclosure of massive

5   accounting irregularities.  Upon learning of such accounting

6   irregularities, BTG set off certain funds that were in

7   accounts in its possession, as it was entitled to do under

8   its agreements with the debtors.

9           To date, all the Courts in Brazil have upheld the

10  setoff.  Of course to the extent there are any issues with

11  such setoffs, such matters will be decided in Brazil and are

12  not the subject of today's hearing.  But we just wanted to

13  make it clear for Your Honor, we're here today because of

14  the accounting irregularities that occurred at the debtors,

15  not because of any of the actions of any of the creditors.

16  We were just retained this morning, after we reviewed the

17  motion for the provisional relief, as Mr. Cunningham said,

18  we reached out to White & Case to get a clarification of

19  some of the language in the order.

20          And as Mr. Cunningham said on the hearing today,

21  the only provisional relief that they're getting under the

22  order is what's in proposed paragraph two, that section 362

23  of the Bankruptcy code shall apply with respect to each of

24  the debtors.  And that the limitation of that is to actions

25  and property limited within the territorial jurisdiction of

Page 17

1    the United States.  With that confirmation, which I believe

2    we already have, but it would be nice to have it again from

3    Mr. Cunningham, and the understanding here, which is that

4    this is limited to just the debtors and does not impose a

5    stay on any claims against any non-debtor parties, BTG would

6    not have any objection to the entry of the order.

7            MR. CUNNINGHAM:  Your Honor, it's John Cunningham.

8    I confirm that the relief we're seeking in the order we're

9    asking you to sign is limited the way Mr. Brilliant just

10   described.

11           MR. BRILLIANT:  With that, Your Honor, we have no

12   objection.

13           THE COURT:  Okay.  Very good.  Does anybody else

14   wish to be heard?

15           MS. WELLS:  Your Honor?  If I may?

16           THE COURT:  Yes?

17           MS. WELLS:  Good afternoon again, for the record

18   Annie Wells on behalf of the United States Trustee.  We

19   don't have any -- the Office of the United States Trustee

20   does not have any issues with the provisional relief in the

21   motion, but I -- if I could ask counsel or the debtors to

22   indicate for the record the notice aspect of it, as to what

23   parties were served, and I understand that this is typical

24   for first-stay provisional hearings.

25           The motion was filed yesterday for the hearing

Page 18

1   today, and I just -- I know that certain creditors obviously

2   got notice and they're here, but if record could be clear as

3   to who received notice of today's hearing and the relief

4   being sought.

5           MR. CUNNINGHAM:  Certainly.  Your Honor, John

6   Cunningham.  I -- can I ask my colleague, Mr. Pasianotto to

7   address the notice issues?  Mr. Pasianotto?

8           MR. PASIANOTTO:  Hi, this is Ricardo Pasianotto

9   for the foreign representative.  Can you hear me?

10          THE COURT:  Yes.

11          MR. PASIANOTTO:  Yes.  So, as my colleague John

12  Cunningham was saying, we filed an updated notice list

13  shortly before the hearing, including the email and critical

14  address information we have from the parties that we have

15  interacted and we understand would be interested in this

16  case.  And so, we served the United States Trustee, the

17  indentured trustee for both issuances, we served certain

18  bank lenders in Brazil and their counsel that have already

19  appeared in the Brazilian restructuring, and we did also

20  serve certain bank lenders that have swap agreements with

21  the debtors, and that's without prejudice of adding further

22  parties to the notice list, as needed.

23          And just as a point of clarification, and as

24  described in the notice list, we are serving these parties

25  both through email and regular first-class mail.  The email

1    service has already been concluded, and the mail service is

2    still being in progress, and we hope to finalize that

3    (indiscernible) for the first pleadings that were already

4    filed.  And if any orders are entered today, we will proceed

5    accordingly afterwards as well.

6              THE COURT:  Okay.

7              MR. CUNNINGHAM:  Your Honor, I don't believe

8    there's anyone else wishing to weigh in on the motion.  We

9    would request that Your Honor grant the motion as set forth

10   as -- or attached to our motion, obviously with any changes

11   or questions Your Honor has, but we did -- as we just did,

12   we just verified the points, for example, that Mr. Brilliant

13   wanted, so happy to address anything else that Your Honor

14   has, otherwise we respectfully request Your Honor grant the

15   provisional stay motion.

16             THE COURT:  All right, I will look at the order.

17   I've already begun to look at it, I'll make some cosmetic

18   changes, but I will grant the relief that's been requested.

19   Okay?

20             MR. CUNNINGHAM:  Thank you very much, Your Honor.

21   I can now ask Mr. Abelson to present to Your Honor the

22   procedural motion with respect to notice and otherwise --

23   and -- as well as scheduling the recognition hearing.  Mr.

24   Abelson?

25             MR. ABELSON:  Thanks, Mr. Cunningham.  Good

Page 20

1    afternoon, Your Honor.

2           THE COURT:  Good afternoon.

3           MR. ABELSON:  Phil Abelson -- for the record, Phil

4    Abelson, White & Case on behalf of the foreign

5    representative.  Your Honor, I will address, as Mr.

6    Cunningham said, the procedural motion, which is number two

7    on the agenda and can be found at docket number 13.  But

8    Your Honor, the procedural motion seeks standard relief for

9    a Chapter 15 case, including setting the date for the

10   recognition hearing, setting the deadline for objection to

11   recognition to be filed, approving the form of notice of the

12   verified -- of the filing of the verified petition, the

13   recognition hearing date, and the objection deadline.

14          Finding that the 1514(c) requirements are

15   inapplicable to these cases, or if they are applicable, they

16   are waived, and other standard notice provisions, such as

17   publishing the recognition hearing notice on the Chapter 15

18   debtor's website.  Your Honor, no objections, informal or

19   otherwise, have been received, and we have heard from the U

20   -- or, the -- we have not heard from the U.S. Trustee's

21   office as to any issues with respect to the order.

22          With that, Your Honor, unless you have any

23   questions, we would request approval of the procedural

24   motion.

25          THE COURT:  Okay.  It seems to me that your order

Page 21

1    granting provisional relief should be served with the rest

2    of the notice documents, and that that should be included in

3    the proposed scheduling order.

4               MR. ABELSON:  That's fine, Your Honor.  Thank you.

5               MR. SILVERMAN:  Your Honor, this is Ronald

6    Silverman.  May I be heard, please?

7               THE COURT:  Yeah.

8               MR. SILVERMAN:  Thank you, Your Honor.  Just,

9    actually a technical point.  We had emailed White & Case

10   yesterday, but part of the mechanics suggested for providing

11   the notice documents would be that Deutsche Bank Trust

12   Company Americas would receive the notice documents from a

13   foreign representative, and it would forward them onto DTC

14   to disseminate them.  At -- we think that it's more

15   efficient, if possible, for the foreign representative or

16   the debtor to just forward them on directly to DTC for

17   dissemination and we described how that can be done so that

18   it doesn't really turn the indentured trustee into a

19   noticing agent, and we would just suggest that that

20   procedure be utilized.

21              THE COURT:  Isn't being a noticing agent one of

22   the indentured trustee's jobs?

23              MR. SILVERMAN:  Well, not in the sense that it's

24   (indiscernible) or disseminating Bankruptcy notices

25   generally to creditors.  And it -- since the Debtor or the

1   foreign representative will be taking care of noticing of

2   various parties generally, we thought it made sense to avoid

3   that (indiscernible).

4           THE COURT:  This provision only asks that you

5   assist in giving notice to the noteholders that you

6   represent, right?

7           MR. SILVERMAN:  That's right, Your Honor.

8           THE COURT:  All right, what's the Debtor's

9   position on this?

10          MR. CUNNINGHAM:  Your Honor, to be honest we

11  haven't discussed it with the foreign representative.  I'm

12  sure this is the type of (indiscernible) described as

13  plumbing that we could work out with the indentured trustee.

14  Somehow the information has to get to DTC, I just don't know

15  if there's registration requirements or anything that would

16  needed -- we would need to be able to do, just we haven't

17  looked at it.  So, we can add some qualifications to -- it

18  looks like it's paragraph eight or clause eight of the order

19  that discusses this, that makes it clear that we'll work

20  with the indentured trustee to make sure somehow the

21  documents get to the DTC.

22          MR. SILVERMAN:  (indiscernible) thank you very

23  much.  We're happy to work with the foreign representative.

24          THE COURT:  All right, you can come back to me if

25  there's an issue, but frankly this happens all the time and

1    a little confused why the indentured trustee -- it seems to

2    me the indentured trustee would want all the noteholders to

3    know about, and that it's the kind of communication that

4    probably the indentured trustee is supposed to be sending to

5    the noteholders.  So, I'll trust that you're going to work

6    that out, but come back to me if you have an issue.

7              MR. CUNNINGHAM:  Thank you, Your Honor.

8              MR. SILVERMAN:  Thank you, Your Honor.

9              THE COURT:  All right.  (indiscernible) anybody

10   else who wishes to be heard on the recognition scheduling

11   and notice?  Okay.  Is the provision in the proposed order

12   that -- and maybe I'm just having a memory blank here, but

13   it says that the seven-day objection period under rule

14   1012(b) and local rule 9006-1(b) hereby waived.  What is

15   that?  I didn't have a chance to look up the local rule.  I

16   don't see a seven-day objection period in rule 12 -- in

17   12(b).

18             MR. CUNNINGHAM:  Yes, so -- apologies, Your Honor.

19             THE COURT:  Are you looking to -- for a objection

20   date that's less than seven days before the hearing?  What

21   is it you're looking for?

22             MR. CUNNINGHAM:  No, I don't believe so, Your

23   Honor.  In fact, we can turn to the actual scheduling in a

24   moment.  It's merely, I think, just allow for flexibility to

25   the extent that the Court otherwise wanted to -- was

1    prepared to schedule it for an earlier date.  I don't see us

2    trying to limit objection to recognition to anything shorter

3    than seven days before the hearing.

4            THE COURT:  Okay.

5            MR. CUNNINGHAM:  So, I don't (indiscernible),

6    yeah.

7            THE COURT:  We can give you March 1st at 11:00 for

8    your recognition hearing with an objection deadline of

9    February 22nd, if that works for you, and then I don't think

10   that provision's -- needs to be in there, the seven-day

11   provision.

12           MR. CUNNINGHAM:  That works for White & Case, Your

13   Honor, and we have our two Declarants on the phone.  Mr.

14   Rabelo and our Brazilian (indiscernible) Declarant.  Are

15   there any -- do these gentlemen -- I'm sorry to ask live, do

16   you have any issues with March the 1st, for the hearing?

17           MR. RABELO:  No, (indiscernible).

18           MR. CUNNINGHAM:  Okay.

19           THE COURT:  Okay.

20           MR. CUNNINGHAM:  So, Your Honor, thank you.  That

21   works for us.  Thank you very much, Your Honor.

22           THE COURT:  And the notice parties, where do I

23   find that definition?  I don't like to have orders that are

24   not self-contained, and that kind of require that people

25   look at other documents, so who are the notice parties?

```
1              MR. CUNNINGHAM:  The notice parties, Your Honor,

2      are identified on exhibit B, and they're defined in

3      paragraph five of the motion.

4              THE COURT:  Okay.

5              MR. CUNNINGHAM:  But if Your Honor would like, we

6      can add a definition -- the same definition to the order.

7              THE COURT:  Yes, I would appreciate that.

8              MR. CUNNINGHAM:  Okay.  We'll do that, Your Honor.

9              THE COURT:  And notice documents, is that a

10     defined term somewhere?

11             MR. CUNNINGHAM:  Notice documents, Your Honor, is

12     -- it is.  Same paragraph, paragraph five of the motion.

13             THE COURT:  Yeah, I would prefer to have the

14     definition in the order, okay?

15             MR. CUNNINGHAM:  Yup, will do, Your Honor.

16             THE COURT:  And make sure it includes the

17     provisional relief order.

18             MR. CUNNINGHAM:  Yes.  We will add that as well.

19             THE COURT:  Okay.

20             MS. WELLS:  Your Honor?  Again, Annie Wells for

21     the UST.  The March 1st, is that Your Honor's 10:00AM

22     calendar or an afternoon calendar?

23             THE COURT:  11:00.

24             MS. WELLS:  Thank you.

25             THE COURT:  We'll do this one at 11:00, okay?  All
```

Page 26

1   right, I'll let you modify the scheduling order, including

2   however you want to deal with this issue with the indentured

3   trustee.  We'll get the provisional relief order on file,

4   and we'll just provide in that that it'll be served with the

5   other order and without other documents required to be

6   served under the other order.  Okay?

7             MR. CUNNINGHAM:  Yes, Your Honor.

8             THE COURT:  All right.  Is there anything else for

9   today?

10            MR. CUNNINGHAM:  Not from the foreign

11   representative, Your Honor.

12            THE COURT:  Anybody else who's on the phone have

13   anything they wish to raise at this time?  All right, very

14   good.  We'll look for your scheduling order, we'll get the

15   provisional relief order on file, and otherwise we are

16   adjourned.

17            MR. CUNNINGHAM:  Thank you, Your Honor.  Once

18   again, we're deeply appreciative to you and your staff for

19   today's hearing.  Thank you s -- very much.

20            THE COURT:  Okay.  All right, thank you all, we

21   are adjourned.

22            MR. CUNNINGHAM:  Thank you, Your Honor.

23            MR. SILVERMAN:  Thank you, Your Honor.

24            (Whereupon these proceedings were concluded at

25   1:34 PM)

1                          I N D E X

2

3                          RULINGS

4                                              Page       Line

5    Provisional Relief GRANTED                19         18

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 28

1      C E R T I F I C A T I O N

2

3          I, Sonya Ledanski Hyde, certified that the foregoing

4      transcript is a true and accurate record of the proceedings.

5

6

7      *Sonya M. Ledanski Hyde*

8      Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20      Veritext Legal Solutions

21      330 Old Country Road

22      Suite 300

23      Mineola, NY 11501

24

25      Date:  February 15, 2023

[& - anybody]                                                                                    Page 1

| & | | | |
|---|---|---|---|

**&**

**&** 3:10 6:7,11
12:12 16:18
20:4 21:9
24:12

**1**

**100,000** 8:23
8:23
**10004** 1:13 3:6
**10017** 4:11
**10020** 3:14
**10036** 4:4
**1012** 23:14
**1095** 4:3
**11** 6:13 10:5
**11501** 28:23
**11:00** 24:7
25:23,25
**11th** 9:4
**12** 23:16,17
**12151** 28:7
**1221** 3:13
**13** 20:7
**14** 11:14
**146,000** 9:1
**15** 6:13,19 7:13
7:20 8:7 10:25
11:3 14:15
15:1,2,7 20:9
20:17 28:25
**15,000** 11:15
11:16
**1514** 20:14
**18** 27:5
**19** 27:5

**19th** 10:8
**1:02** 1:16
**1:34** 26:25
**1st** 24:7,16
25:21

**2**

**20** 9:9
**2020** 10:24
**2023** 1:15
28:25
**22nd** 24:9
**23-10092** 1:3
**25th** 11:1
**27** 1:15

**3**

**3.87** 9:10
**30** 9:23
**300** 28:22
**330** 28:21
**362** 7:19 10:10
14:4 16:22
**390** 4:10

**5**

**53** 8:23
**55br832015**
14:13

**9**

**90** 8:20
**9006-1** 23:14

**a**

**abelson** 3:16
6:15 8:1 19:21
19:24,25 20:3
20:3,4 21:4

**able** 14:7,18
22:16
**accelerated**
14:10
**accepted** 10:7
**accounting** 9:5
9:13,15 16:5,5
16:14
**accounts** 11:11
11:12 16:7
**accurate** 28:4
**act** 9:24
**action** 10:10
**actions** 9:24
10:17 16:15,24
**actual** 23:23
**actually** 21:9
**add** 22:17 25:6
25:18
**adding** 18:21
**address** 12:1
18:7,14 19:13
20:5
**adjourned**
26:16,21
**administration**
7:13
**admission**
12:24 13:9
**admitted** 13:2
13:12
**adrs** 11:18
**afternoon** 6:2
7:4 12:8 17:17
20:1,2 25:22
**agenda** 7:17
20:7

**agent** 21:19,21
**ago** 8:20 9:4
11:1
**agreements**
16:8 18:20
**alexander** 3:5
**allan** 4:6 6:17
15:19
**allow** 15:11
23:24
**alternative**
10:3
**americanas** 1:7
6:3,14 7:2 8:12
8:17,25 9:4
11:11
**americas** 3:13
4:3,9 6:24
21:12
**amount** 10:23
11:15
**amounts** 11:14
**ana** 4:25
**angela** 5:10
**annie** 3:8 7:6
17:18 25:20
**announced**
9:12
**announcement**
9:11,15
**antonio** 3:11
5:5 6:11
**anybody** 6:4
12:24 13:8,10
14:5 17:13
23:9 26:12

apologies  7:6,8
  23:18
apologize  6:6
appeal  10:1
appeared
  18:19
appearing  6:9
  7:7
applicable
  20:15
application
  7:19
apply  14:4
  16:23
appreciate
  25:7
appreciative
  26:18
approval  10:19
  20:23
approving
  7:23 20:11
approximately
  8:22 9:9 11:14
  11:16
asking  17:9
asks  22:4
aspect  17:22
aspects  10:1
assets  7:20
  9:22 11:9
assist  22:5
assistance  15:7
attached  19:10
attachments
  14:16

attempts  9:18
attorney  11:11
attorneys  3:4
  3:11 4:2,9
automatic
  10:11
available  12:16
avenue  3:13
  4:3,10
avoid  14:18,23
  22:2

          b

b  1:21 23:14,14
  23:17 25:2
back  13:15
  15:5 22:24
  23:6
banco  4:2 6:18
  15:23
bank  4:9 6:24
  11:12 18:18,20
  21:11
bankruptcy
  1:1,11,23 10:5
  11:3 14:13
  16:23 21:24
banks  9:20,21
barely  9:4
based  11:8
basically  11:11
basis  14:17
begun  19:17
behalf  6:18 7:7
  12:12 15:20
  17:18 20:4
believe  11:20
  15:2 17:1 19:7

23:22
bernstein
  14:13
billion  9:10,10
  10:22 11:18
  14:9
blank  23:12
board  9:12
bond  14:14
bonds  14:10
bowling  1:12
brazil  8:13,18
  8:19,24 9:1,16
  9:24 10:7,13
  10:20 14:22
  15:11 16:9,11
  18:18
brazil's  8:19
  8:21 10:5
brazilian  7:15
  9:10 10:4,7,14
  13:20 15:5
  18:19 24:14
breathing
  10:17
brief  8:11
brilliant  4:6
  6:17,17 15:19
  15:19,22 17:9
  17:11 19:12
broad  8:18
btg  4:2 6:18
  8:5 9:25 15:20
  15:23,25,25
  16:6 17:5
btg's  14:3

btw  6:14 7:1
business  10:16

          c

c  3:1 6:1 20:14
  28:1,1
cabrera  4:16
calendar  25:22
  25:22
care  22:1
cascading  9:3
case  1:3 3:10
  6:7,11 8:13
  10:4,9 12:12
  13:7 14:12,15
  16:18 18:16
  20:4,9 21:9
  24:12
cases  7:13,24
  11:1 14:12
  16:3 20:15
cash  9:22
  11:10,12
celio  4:17
certain  9:5,7
  16:6 18:1,17
  18:20
certainly  18:5
certified  28:3
chance  23:15
changes  19:10
  19:18
chapter  6:13
  6:13,19 7:13
  7:20 8:7 10:5
  10:25 11:3
  14:15 15:1,2,7
  20:9,17

cho 4:23
choice 14:10
church 4:24
claims 17:5
clarification
16:18 18:23
clarified 14:3
class 18:25
clause 22:18
clear 14:2
16:13 18:2
22:19
client 15:24
code 11:3
16:23
colleague 18:6
18:11
colleagues 6:15
collection 9:24
come 14:7 15:5
15:9 22:24
23:6
comes 13:22
commence
10:4
commenced
9:21 14:14
committee
9:12
communicati...
23:3
company 4:9
6:24 8:25 9:11
9:21,22 10:3,6
10:12,22 21:12
company's
9:16,25 10:9

10:15 11:19
concern 14:9
concern's
13:19
concluded 19:1
26:24
confirm 8:6,9
17:8
confirmation
17:1
confirmed 15:5
confused 23:1
consensual
9:18
constant 15:13
constitutes
11:21
contained
24:24
continue 15:12
15:13
correct 13:23
14:1
cosmetic 19:17
counsel 6:23
8:5 14:3 17:21
18:18
country 28:21
course 16:10
court 1:1,11
6:2,8,21 7:3,5
7:8 8:11,14
9:23 10:7,15
11:1,5,8,23
12:3,7,10,13
12:17,18,22,23
13:8,14,16,24

15:5,12,14,17
15:21 17:13,16
18:10 19:6,16
20:2,25 21:7
21:21 22:4,8
22:24 23:9,19
23:25 24:4,7
24:19,22 25:4
25:7,9,13,16
25:19,23,25
26:8,12,20
courts 10:15
16:9
craig 4:21 5:3
creditor 9:24
10:10,13,17
14:6,22
creditors 6:19
9:16,19 10:18
13:21 15:25
16:15 18:1
21:25
cristofaro 4:17
critical 18:13
cross 12:25
13:1,10,11
cunningham
3:17 6:5,7,10
6:11 7:3,9,10
8:15 11:10,24
12:4 13:15,25
13:25 15:24
16:17,20 17:3
17:7,7 18:5,6
18:12 19:7,20
19:25 20:6
22:10 23:7,18

23:22 24:5,12
24:18,20 25:1
25:5,8,11,15
25:18 26:7,10
26:17,22
custom 3:5
customers 8:23
cut 7:8

d

d 6:1 27:1
date 16:9 20:9
20:13 23:20
24:1 28:25
day 9:23 23:13
23:16 24:10
days 11:1
23:20 24:3
de 8:13 10:6
deadline 20:10
20:13 24:8
deal 26:2
debtor 1:9 17:5
21:16,25
debtor's 15:25
16:4 20:18
22:8
debtors 6:13
6:20 7:20 8:7
16:1,8,14,24
17:4,21 18:21
debts 9:7
dechert 4:1
6:18 8:5
decided 10:14
16:11
decision 7:22

declarant  7:16
  24:14
declarants
  24:13
declaration
  12:20,24 13:2
  13:4,6,9,12
declarations
  12:15
deeply  26:18
defined  25:2
  25:10
definitely  15:6
definition
  24:23 25:6,6
  25:14
department
  3:3
described
  17:10 18:24
  21:17 22:12
deutsche  4:9
  6:23 21:11
developing  9:3
development
  10:19
developments
  15:14
di  4:17
digital  6:14 7:1
direct  12:14,22
  13:6
directly  21:16
directors  9:13
disclosure  16:4
discussed
  22:11

discusses  22:19
disseminate
  21:14
disseminating
  21:24
dissemination
  21:17
district  1:2
  11:21
docket  12:20
  13:5 20:7
documents
  21:2,11,12
  22:21 24:25
  25:9,11 26:5
doing  15:8
dollars  9:10
  10:22 11:18
  14:10 16:1
druehl  5:3
dtc  21:13,16
  22:14,21

e

e  1:21,21,22
  3:1,1 6:1,1
  27:1 28:1
earlier  15:23
  24:1
early  9:18
ecro  1:25
effect  14:23
effectively  16:3
efficient  21:15
efforts  13:20
eight  22:18,18
either  8:4
  13:14

email  18:13,25
  18:25
emailed  21:9
embark  10:18
embroiled
  10:13
employees  8:24
enforce  15:3
enforcement
  10:10
enter  13:6
entered  19:4
entering  7:12
entitled  16:7
entry  2:3 17:6
equally  13:21
equivalent
  10:6
escrow  11:11
essentially
  13:21
estimate  9:8
events  9:3
everybody  6:2
evidence  12:5
  12:24 13:9
ex  14:16
exactly  14:1
examination
  13:2,11
examine  12:25
  13:10
example  19:12
excellent  12:11
exhibit  25:2
expert  13:4

extent  14:24
  16:10 23:25

f

f  1:21 28:1
fabiana  4:19
fact  23:23
february  24:9
  28:25
federal  9:23
fervent  10:15
file  26:3,15
filed  10:6,25
  11:2 17:25
  18:12 19:4
  20:11
filho  3:12
filing  20:12
finalize  19:2
financing  9:7
find  24:23
finding  20:14
fine  21:4
first  7:10 10:16
  11:25 12:19
  17:24 18:25
  19:3
five  25:3,12
flexibility
  23:24
foregoing  28:3
foreign  3:11
  6:12 7:15 8:16
  12:12,20 13:4
  18:9 20:4
  21:13,15 22:1
  22:11,23 26:10

[form - injunction]                                                                          Page 5

**form**  2:4 7:23
   20:11
**formal**  8:3
**formation**  9:12
**forth**  8:16 19:9
**forward**  12:14
   21:13,16
**found**  20:7
**founded**  8:20
**four**  13:5
**francisco**  5:6
   7:16
**frankly**  14:21
   22:25
**funds**  16:6
**further**  18:21

**g**

**g**  6:1
**generally**
   21:25 22:2
**gentlemen**
   24:15
**getting**  16:21
**give**  24:7
**giving**  22:5
**global**  6:14 7:1
**going**  14:22,24
   15:2,24 23:5
**good**  6:2 7:4
   12:8 17:13,17
   19:25 20:2
   26:14
**goods**  8:18
**govern**  11:17
**governed**
   10:24

**grant**  19:9,14
   19:18
**granted**  27:5
**granting**  21:1
**green**  1:12
**greg**  7:25
   12:11
**gregory**  3:20
**griselda**  4:16
**group**  8:12,17
**grown**  8:21
**guaranteed**  7:2

**h**

**hamilton**  3:5
**happening**
   15:14
**happens**  13:19
   22:25
**happy**  19:13
   22:23
**harrison**  5:2
**hear**  6:3 8:4
   12:9 18:9
**heard**  15:20
   17:14 20:19,20
   21:6 23:10
**hearing**  2:1,3,4
   7:12,23 8:5
   16:12,20 17:25
   18:3,13 19:23
   20:10,13,17
   23:20 24:3,8
   24:16 26:19
**hearings**  17:24
**held**  8:25
**helen**  5:9

**help**  15:7
**herring**  5:10
**hi**  18:8
**hogan**  4:8 6:23
**holder**  14:14
**hon**  1:22
**honest**  22:10
**honor**  6:5,5,7
   6:10,16,17,22
   7:2,4,10,11,14
   7:16 8:1,4,10
   8:15 9:2,11
   10:16,22 11:6
   11:7,10,13,24
   12:2,8,13 13:3
   13:13,23,25
   14:5,7,11,25
   15:5,8,16,19
   15:22 16:3,13
   17:7,11,15
   18:5 19:7,9,11
   19:13,14,20,21
   20:1,5,8,18,22
   21:4,5,8 22:7
   22:10 23:7,8
   23:18,23 24:13
   24:20,21 25:1
   25:5,8,11,15
   25:20 26:7,11
   26:17,22,23
**honor's**  7:21
   14:1 15:7
   25:21
**hope**  10:16
   19:2
**hopefully**  15:3

**house**  3:5
**hundreds**  16:1
**hurtado**  4:25
**hyde**  2:25 28:3
   28:8

**i**

**identified**  9:5
   25:2
**impose**  17:4
**inapplicable**
   20:15
**included**  21:2
**includes**  25:16
**including**
   10:15 18:13
   20:9 26:1
**inconsistencies**
   9:6,9,14,16
**indentured**
   18:17 21:18,22
   22:13,20 23:1
   23:2,4 26:2
**indentures**
   10:25 11:18
**indicate**  17:22
**indiscernible**
   6:6 19:3 21:24
   22:3,12,22
   23:9 24:5,14
   24:17
**informal**  8:3
   20:18
**information**
   18:14 22:14
**injunction**
   9:23 10:2

injunctive 10:2
institute 14:20
interacted
  18:15
interested
  18:15
interfere 13:19
investigate
  9:13
investigation
  9:14
irregularities
  16:5,6,14
issuances
  18:17
issue 22:25
  23:6 26:2
issued 6:25 7:1
  9:4 10:23
issuers 11:13
issues 16:10
  17:20 18:7
  20:21 24:16
it'll 26:4

**j**

janeiro 8:13
  10:7
january 1:15
  9:4 10:8 11:1
jennifer 5:7
jobs 21:22
john 3:17 6:7
  6:11 13:25
  17:7 18:5,11
joined 6:15
joint 7:12

jonathan 4:23
jsm 7:1
jsn 6:14
judge 1:23
  14:12
judgement
  14:16
judicial 8:12
  10:9
jurisdiction
  7:21 8:8 16:25
justice 3:3
justin 4:22

**k**

katherine 5:1
kb 1:25
kebrdle 3:18
keep 15:12
kind 13:20
  23:3 24:24
know 11:14
  18:1 22:14
  23:3
known 10:5

**l**

language 16:19
largest 6:19
  8:17,21 15:25
lastly 7:22
law 7:15 10:5
  10:25 11:17
  13:4
learning 16:5
ledanski 2:25
  28:3,8

lee 5:7
left 10:3
legal 28:20
lenders 9:25
  18:18,20
limit 24:2
limitation
  16:24
limited 8:7
  16:25 17:4,9
line 27:4
list 18:12,22,24
listen 15:11
litigation 7:24
  10:13,14 13:18
  14:14,21,22,25
little 23:1
live 24:15
livy 5:4
llp 3:10 4:1
  6:18
local 23:14,15
located 11:12
  11:13,22
look 15:10
  19:16,17 23:15
  24:25 26:14
looked 22:17
looking 23:19
  23:21
looks 22:18
lovells 4:8 6:23
lucia 4:25
lucy 4:20
lux 6:14
luxembourg
  11:12

**m**

m 3:19
made 14:1 22:2
madison 4:10
magnitude 9:9
mail 18:25
  19:1
make 14:24
  16:13 19:17
  22:20 25:16
makes 22:19
manner 2:4
march 24:7,16
  25:21
massive 16:4
matter 1:5 6:3
  7:24
matters 16:11
matthew 5:8
mcgreal 5:11
mclendon 5:1
mechanics
  21:10
memory 23:12
mentioned
  11:4,25 15:23
  16:3
merely 23:24
mew 1:3
mezei 5:4
michael 1:22
michelle 5:11
million 8:23
millions 16:1
mineola 28:23
mischaracter...
  9:6

[modify - people]                                                                              Page 7

modify   26:1
molner   4:18
moment   23:24
monteiro   4:20
morning   16:16
motion   2:1,3
    7:18,22 8:1,2
    11:4 12:1,2
    13:17 16:17
    17:21,25 19:8
    19:9,10,15,22
    20:6,8,24 25:3
    25:12
motions   7:17
    8:4 11:25
moving   15:12

**n**

n   3:1 6:1 27:1
    28:1
named   11:9
necessary   15:3
need   15:6
    22:16
needed   18:22
    22:16
needs   24:10
negotiation
    9:19 10:18
new   1:2,13 3:6
    3:14 4:4,11
    10:23,25 11:13
    11:17 14:10,11
nice   17:2
nicole   4:18
non   17:5
noteholders
    22:5 23:2,5

notes   6:25
    10:23
notice   2:4 7:12
    7:24 9:5 17:22
    18:2,3,7,12,22
    18:24 19:22
    20:11,16,17
    21:2,11,12
    22:5 23:11
    24:22,25 25:1
    25:9,11
notices   21:24
noticing   21:19
    21:21 22:1
notwithstand...
    10:12
number   12:21
    13:5 20:6,7
ny   1:13 3:6,14
    4:4,11 28:23

**o**

o   1:21 6:1 28:1
oas   14:12
objection
    12:23 17:6,12
    20:10,13 23:13
    23:16,19 24:2
    24:8
objections   8:3
    13:1,11 15:17
    20:18
objects   13:8
obligations
    11:20
obtain   10:17
obtained   9:25

obtaining   9:23
    14:15
obviously   14:6
    18:1 19:10
occur   9:21
occurred   16:14
office   17:19
    20:21
okay   6:8,21 7:3
    8:14 11:23
    12:9,18 13:24
    17:13 19:6,19
    20:25 23:11
    24:4,18,19
    25:4,8,14,19
    25:25 26:6,20
old   28:21
oldest   8:20
once   26:17
one's   11:25
ongoing   9:14
online   8:21
operations
    10:17
operators   8:22
opposite   9:20
order   2:3 7:13
    10:2 16:19,22
    17:6,8 19:16
    20:21,25 21:3
    22:18 23:11
    25:6,14,17
    26:1,3,5,6,14
    26:15
orderly   9:18
orders   14:16
    19:4 24:23

organization
    10:4
outstanding
    10:24
overview   8:12
    11:5
owed   9:7 16:1

**p**

p   3:1,1 6:1
pactual   4:2
    6:18 15:23
page   27:4
paragraph
    16:22 22:18
    25:3,12,12
part   21:10
parte   14:16
particular
    13:17
particularly
    14:12
parties   6:3
    17:5,23 18:14
    18:22,24 22:2
    24:22,25 25:1
partner   7:24
    8:1
party   12:17
pasianotto
    3:19 6:16 18:6
    18:7,8,8,11
paulo   4:17
pending   7:21
    8:13 13:18
    15:9
people   24:24

[period - reinaldo]                                                        Page 8

**period** 23:13
23:16
**permission**
8:10
**petition** 8:16
10:8 11:2 16:2
20:12
**phil** 8:1 20:3,3
**philip** 3:16
**phone** 7:14
12:16,25 24:13
26:12
**place** 14:17
**plan** 10:19
15:4
**play** 15:11
**pleadings** 19:3
**please** 7:9 8:14
12:3 21:6
**pleases** 12:13
**plumbing**
22:13
**pm** 1:16 26:25
**point** 15:6 16:1
18:23 21:9
**points** 14:1
19:12
**position** 22:9
**possession**
16:7
**possible** 21:15
**potential** 9:8
**pre** 14:16
**precedent**
11:21
**precipitated**
16:4

**prefer** 25:13
**prejudice**
18:21
**preliminary**
9:8 15:8
**prepared** 24:1
**present** 4:15
8:2 12:21
19:21
**presenting**
7:25
**pretty** 13:16
**principal**
10:23
**prior** 14:15
**probably** 23:4
**procedural**
7:22 8:2 19:22
20:6,8,23
**procedure**
21:20
**proceed** 7:9
8:14 19:4
**proceedings**
10:14 13:20
26:24 28:4
**progress** 19:2
**property** 11:22
16:25
**propose** 8:11
12:13,21 13:5
13:15
**proposed**
12:14 16:22
21:3 23:11
**protections**
15:1

**provide** 26:4
**providing** 8:11
8:18 21:10
**provision** 22:4
23:11 24:11
**provision's**
24:10
**provisional** 2:1
7:18,25 8:6
9:23 10:1 11:4
12:1 15:15
16:17,21 17:20
17:24 19:15
21:1 25:17
26:3,15 27:5
**provisionally**
14:4
**provisions**
20:16
**public** 9:5,11
9:15
**publicly** 8:25
**publishing**
20:17
**purchase** 9:7
**put** 12:14

**q**

**qualifications**
22:17
**questions** 11:6
12:17 13:14
19:11 20:23
**quite** 14:21
**quo** 14:20

**r**

**r** 1:21 3:1 6:1
28:1
**rabelo** 3:12 5:5
6:12 7:14
24:14,17
**rabelo's** 12:22
**raise** 26:13
**range** 8:18
**rapidly** 9:2
15:13
**rasile** 4:21
**rather** 9:20
**reached** 16:18
**reaction** 9:15
**ready** 6:3
**real** 9:10
**really** 21:18
**receive** 21:12
**received** 8:3
18:3 20:19
**recognition** 2:4
7:22,23 8:17
11:2 14:5 15:9
19:23 20:10,11
20:13,17 23:10
24:2,8
**record** 7:6
17:17,22 18:2
20:3 28:4
**refer** 15:24
**registration**
22:15
**regular** 18:25
**reinaldo** 3:11
6:12

relating  9:6
relief  2:1 7:18
  11:4 14:2,4,6
  15:15,18 16:17
  16:21 17:8,20
  18:3 19:18
  20:8 21:1
  25:17 26:3,15
  27:5
remain  10:24
remains  10:12
reorganization
  8:13 10:19
  15:4
report  14:13
reported  14:13
represent  6:9
  6:11 15:23
  22:6
representative
  3:11 6:12 7:15
  12:12 18:9
  20:5 21:13,15
  22:1,11,23
  26:11
representativ...
  8:16 12:20
request  13:11
  19:9,14 20:23
requested
  15:18 19:18
requesting
  7:19
requests  13:1
require  24:24
required  26:5

requirements
  20:14 22:15
respect  11:20
  16:23 19:22
  20:21
respectfully
  19:14
respond  12:16
  14:8
responded
  9:22
rest  21:1
restructuring
  18:19
resulted  10:9
  14:15
retail  8:22
retailers  8:18
  8:20
retained  16:16
retainers  11:15
reviewed  16:16
ricardo  3:19
  18:8
richard  3:18
right  7:9 12:23
  13:1,10 15:11
  15:17 19:16
  22:6,7,8,24
  23:9 26:1,8,13
  26:20
rio  8:13 10:6
rj  10:5,6,7,8,9
  10:12,15
road  15:4
  28:21

ronald  4:13
  6:22 21:5
rule  23:13,14
  23:15,16
rules  14:5
rulings  27:3
run  9:20,21

**s**

s  3:1 6:1 26:19
s.a.  1:7 4:2
  6:14,18 15:23
sakai  4:19
sarl  6:14,14
satiro  5:6 7:16
  13:5
satiro's  13:9
saying  18:12
says  23:13
schedule  24:1
scheduling  2:3
  7:11,23 19:23
  21:3 23:10,23
  26:1,14
second  7:14
section  7:19
  10:10 14:4
  16:22
see  15:6 23:16
  24:1
seek  11:5 14:6
seeking  2:1,3
  8:6 9:22 14:2
  15:15 17:8
seeks  20:8
seems  20:25
  23:1

seen  14:11
self  24:24
sending  23:4
senior  6:25
sense  21:23
  22:2
series  6:25 9:2
serve  18:20
served  17:23
  18:16,17 21:1
  26:4,6
service  19:1,1
services  8:19
serving  18:24
set  8:15 16:6
  19:9
setoff  16:10
setoffs  16:11
setting  20:9,10
seven  23:13,16
  23:20 24:3,10
shareholders
  9:1
short  7:12
shorter  24:2
shortly  8:5
  18:13
sign  17:9
signature  28:7
silverman  4:13
  6:22,23 21:5,6
  21:8,23 22:7
  22:22 23:8
  26:23
similar  10:10
simply  14:4

solutions   28:20
sonya   2:25
   28:3,8
sorry   6:6,13,13
   7:5 24:15
sought   18:4
southern   1:2
special   9:12
specifying   2:4
spell   10:17
spillover   14:23
stabilize   10:16
staff   7:11
   26:18
standard   14:3
   14:20 15:9
   20:8,16
standstill   9:19
starner   3:20
   6:15 7:25 12:1
   12:5,6,8,11,11
   12:19 13:3,13
   13:23 16:2
start   6:10 8:11
   12:5,19
states   1:1,11
   3:3 7:7,21 8:8
   10:11,21 11:9
   11:19,22 14:21
   14:23,25 17:1
   17:18,19 18:16
status   14:20
stay   7:19,25
   8:6 10:9,11,12
   11:4 12:1 14:6
   14:15,17,20
   15:9,15 17:5

17:24 19:15
step   15:8
steven   4:24
stock   11:19
stone   5:8
stop   11:6 15:10
store   8:22
straightforw...
   13:16
subject   16:12
submit   12:21
   13:6
submitted   13:4
suggest   21:19
suggested
   21:10
suite   28:22
suppliers   9:7
supposed   23:4
sure   14:24
   22:12,20 25:16
suspension
   10:1
swap   18:20
swift   9:17

**t**

t   28:1,1
taylor   5:2
technical   21:9
term   25:10
territorial   7:20
   8:8 16:25
testimony
   12:14,22 13:7
thank   7:10,11
   8:15 12:4,10
   13:3 15:22

19:20 21:4,8
   22:22 23:7,8
   24:20,21 25:24
   26:17,19,20,22
   26:23
thanks   13:13
   19:25
things   11:2
   13:18 15:11
think   11:14,15
   21:14 23:24
   24:9
third   7:16
thought   22:2
threats   13:18
three   6:12,19
   7:13 8:7 12:21
time   22:25
   26:13
today   8:21
   11:5 15:16
   16:13,20 18:1
   19:4 26:9
today's   16:12
   18:3 26:19
total   11:15
traditional
   8:22 14:3
transcribed
   2:25
transcript   28:4
treat   13:21
true   28:4
trust   4:9 6:24
   21:11 23:5
trustee   3:4
   6:24 7:7 17:18

17:19 18:16,17
   21:18 22:13,20
   23:1,2,4 26:3
trustee's   20:20
   21:22
trying   14:19,22
   24:2
turn   12:2,5
   13:15 21:18
   23:23
turning   13:3
turns   10:21
two   6:25 7:17
   8:4 9:3,4 11:1
   11:12,25 12:15
   16:22 20:6
   24:13
type   22:12
typical   17:23

**u**

u   20:19
u.s.   1:23 3:4
   9:10 10:22
   11:3 20:20
ultimate   10:19
ultimately   15:3
under   10:4,25
   11:3,20 16:7
   16:21 23:13
   26:6
understand
   13:17 17:23
   18:15
understanding
   17:3
united   1:1,11
   3:3 7:7,21 8:8

[united - yup]                                                              Page 11

10:11,21 11:9
11:19,22 14:21
14:23,25 17:1
17:18,19 18:16
**unmuting**  6:6
**unsecured**
10:23
**unsuccessful**
9:19
**updated**  15:12
18:12
**updates**  15:13
**upheld**  16:9
**ust**  25:21
**utilized**  21:20

**v**

**various**  10:1
14:16 22:2
**venue**  11:8
14:11
**verified**  8:16
16:2 19:12
20:12,12
**veritext**  28:20
**view**  15:10
**voluntary**  10:4

**w**

**waived**  20:16
23:14
**want**  7:11 23:2
26:2
**wanted**  16:12
19:13 23:25
**wants**  14:6
**way**  17:9

**website**  20:18
**week**  10:6,8
**weeks**  9:3,4
**weigh**  19:8
**wells**  3:8 7:4,6
7:7,8 17:15,17
17:18 25:20,20
25:24
**white**  3:10 6:7
6:11 12:12
16:18 20:4
21:9 24:12
**wiles**  1:22
**winerman**  4:22
**wish**  17:14
26:13
**wishes**  12:25
13:10 23:10
**wishing**  19:8
**witness**  12:25
13:10
**witnesses**
12:15,16 13:14
**work**  22:13,19
22:23 23:5
**works**  24:9,12
24:21

**x**

**x**  1:4,10 27:1

**y**

**yan**  5:9
**yeah**  21:7 24:6
25:13
**years**  8:20
**yesterday**
17:25 21:10

**york**  1:2,13 3:6
3:14 4:4,11
10:23,25 11:13
11:17 14:10,11
**yup**  25:15