AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
David H. Botter
Abid Qureshi
Gary A. Ritacco

2300 North Field Street, Suite 1800
Dallas, Texas 75201
Tel: (214) 969-2800
Fax: (214) 969-4343
Sarah Link Schultz (*pro hac vice pending*)

*Counsel to the Ad Hoc Group of Noteholders*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | ) |
| | ) |
| Americanas S.A., *et al.*, [1] | ) Case No. 23-10092 (MEW) |
| | ) |
| | ) Chapter 15 |
| Debtors in a Foreign Proceeding | ) (Jointly Administered) |
| | ) |

**RESERVATION OF RIGHTS OF THE AD HOC GROUP OF NOTEHOLDERS**

The undersigned counsel represents an ad hoc group (the "Ad Hoc Group") of certain unaffiliated holders of: (i) the 4.750% Senior Notes due 2030 (the "JSM Global Notes") issued pursuant to that certain indenture, dated as of October 6, 2020, as amended, supplemented or otherwise modified from time to time (the "JSM Indenture"), by and among debtor JSM Global S.á.r.l., as issuer ("JSM Global"), debtor Americanas S.A. ("Americanas"), as guarantor, and

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60 – Brazil); JSM Global S.a.r.l. (5670 – Grand Duchy of Luxenburg; and B2w Digital Lux S.a.r.l. (8659 – Grand Ducy of Luxemburg).

Deutsche Bank Trust Company Americas, as trustee, transfer agent, registrar and paying agent (the "Indenture Trustee") and (ii) the 4.375% Senior Notes due 2030 (the "B2W Digital Notes" and together with the JSM Global Notes, the "Notes") issued pursuant to that certain indenture, dated as of November 24, 2020, as amended, supplemented or otherwise modified from time to time (the "B2W Indenture" and together with the JSM Indenture, the "Notes Indentures"), by and among debtor B2W Digital Lux S.á.r.l., as issuer ("B2W Digital"), Americanas, as guarantor, and the Indenture Trustee. As stated in the *Petitioner's Declaration and Verified Petition for Recognition of the Brazilian RJ Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1515, 1517, 1520, and 1521* (the "Verified Petition") [ECF No. 3], the Notes Indentures are governed by New York law and the Notes are denominated in U.S. Dollars.[2]

## STATEMENT AND RESERVATION OF RIGHTS

While the Ad Hoc Group does not object to the Verified Petition[3] or the relief requested therein, the Ad Hoc Group expressly reserves all of its rights with respect to these Chapter 15 Cases, the Brazilian RJ Proceeding and all other pending and future litigation in the United States or Brazil, including, without limitation, (i) any and all rights, claims and causes of action regarding any accounting irregularities and/or inconsistencies of the Chapter 15 Debtors (including, but not limited to, those disclosed in the Material Fact) and (ii) any and all requests for this Court's recognition of any decisions and/or rulings by Brazilian courts related thereto.

---

[2] *See* Verified Petition at ¶ 25.
[3] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Verified Petition.

|  |  |
|---|---|
| Dated: February 22, 2023<br>New York, New York | */s/ David H. Botter*<br>David H. Botter<br>Abid Qureshi<br>Gary A. Ritacco<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>New York, NY 10036<br>Tel:     (212) 872-1000<br>Fax:    (212) 872-1002<br>Email:  dbotter@akingump.com<br>            aqureshi@akingump.com<br>            gritacco@akingump.com<br><br>2300 North Field, Street, Suite 1800<br>Dallas, TX 75201<br>Sarah Link Schultz (*pro hac vice pending*)<br>Tel:  (214) 969-2800<br>Fax: (214) 969-4343<br>Email:  sschultz@akingump.com<br><br>*Counsel to the Ad Hoc Group of Noteholders* |