PRYOR CASHMAN LLP
Seth H. Lieberman
Patrick Sibley
Matthew W. Silverman
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806
slieberman@pryorcashman.com
psibley@pryorcashman.com
msilverman@pryorcashman.com

*Attorneys for Wilmington Savings Fund Society, FSB, as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
In re:                                                      :    Chapter 15
:
AMERICANAS S.A., *et al.*,[1]                               :    Case No. 23-10092 (MEW)
:
Debtors in a Foreign Proceeding.                            :
:
------------------------------------------------------------x

**NOTICE OF APPEARANCE AND**
**DEMAND FOR NOTICE AND PAPERS**

**PLEASE TAKE NOTICE** that Wilmington Savings Fund Society, FSB, in its capacity as Trustee for the 4.375% Notes due 2030 and the 4.750% Notes due 2030 ("WSFS"), appears in the above-captioned case by its counsel, Pryor Cashman LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Rules 2002, 3017 and 9007 of the Federal Rules of Bankruptcy Procedure and § 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon the following attorneys at the address, telephone number, facsimile number and email addresses as indicated:

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60 – Brazil); JSM Global S.a.r.l. (5670 – Grand Duchy of Luxenburg); and B2w Digital Lux S.a.r.l. (8659 – Grand Ducy of Luxemburg).

        Seth H. Lieberman
        Patrick Sibley
        Matthew W. Silverman
        Pryor Cashman LLP
        7 Times Square
        New York, New York 10036-6569
        Telephone: (212) 421-4100
        Facsimile: (212) 326-0806
        E-mail: slieberman@pryorcashman.com
                psibley@pryorcashman.com
                msilverman@pryorcashman.com

      **PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

      **PLEASE TAKE FURTHER NOTICE** that WSFS does not intend that this Notice of Appearance and Demand for Notices and Papers, or any later appearance or pleading, constitutes, or be deemed or construed to be: (a) a consent to accept service of process, or consent to the jurisdiction of the above-named Bankruptcy Court to enter final judgments regarding WSFS; or (b) a waiver of WSFS's right (1) to trial by jury in any matter so triable, in this case or any case, controversy, or proceeding related to this case, or (2) to any other rights, claims, actions, setoffs, or recoupments to which WSFS is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments WSFS expressly reserves.

| | |
|---|---|
| Dated: New York, New York<br>March 29, 2023 | PRYOR CASHMAN LLP<br><br>*/s/ Seth H. Lieberman*<br>Seth H. Lieberman<br>Patrick Sibley<br>Matthew W. Silverman<br>7 Times Square<br>New York, New York 10036-6569<br>Telephone: (212) 421-4100<br>Facsimile: (212) 326-0806<br>E-Mail: slieberman@pryorcashman.com<br>         psibley@pryorcashman.com<br>         msilverman@pryorcashman.com<br><br>*Attorneys for Wilmington Savings Fund Society, FSB, as Trustee* |

3