UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>Americanas S.A., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Case No. 23-10092 (MEW)<br><br>Chapter 15<br>(Jointly Administered) |

### NOTICE OF STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Local Bankruptcy Rule 2090-1(e), the ad hoc group (the "Ad Hoc Group") of certain unaffiliated holders of: (i) the 4.750% Senior Notes due 2030 issued by debtor JSM Global S.á.r.l. and (ii) the 4.375% Senior Notes due 2030 issued by debtor B2W Digital Lux S.á.r.l. substitutes as its attorneys of record the law firm of Cleary Gottlieb Steen & Hamilton LLP ("Cleary Gottlieb"), One Liberty Plaza, New York, New York 10006, in the above-captioned proceedings. All future notices and pleadings given, required to be given or filed in the above-captioned cases shall be given and served upon:

> David H. Botter
> Luke A. Barefoot
> CLEARY GOTTLIEB STEEN & HAMILTON LLP
> One Liberty Plaza
> New York, New York 10006
> 212-225-2000
> dbotter@cgsh.com
> lbarefoot@cgsh.com

Abid Qureshi, Gary A. Ritacco, and Sarah Link Schultz, each of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), shall be removed from all service lists for the above-captioned proceedings, including the Court's CM/ECF electronic notification list. David H. Botter, formerly

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60 – Brazil); JSM Global S.a.r.l. (5670 – Grand Duchy of Luxenburg; and B2w Digital Lux S.a.r.l. (8659 – Grand Ducy of Luxemburg).

of Akin Gump and currently of Cleary Gottlieb, shall remain on all service lists for these proceedings as counsel to the Ad Hoc Group.

Dated: May 22, 2023
New York, New York

*Current Counsel*

*/s/ David H. Botter*
David H. Botter
Luke A. Barefoot
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
T: 212-225-2000
F: 212-225-3999
dbotter@cgsh.com
lbarefoot@cgsh.com

*Outgoing Counsel*

*/s/ Abid Qureshi*
Abid Qureshi
Gary A. Ritacco
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
T: 212-872-1000
F: 212-872-1002
aqureshi@akingump.com
gritacco@akingump.com

Sarah Link Schultz (admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER & FELD LLP
2300 North Field Street, Suite 1800
Dallas, Texas 75201
T: 214-969-2800
F: 214-969-4343
sschultz@akingump.com

**IT IS SO ORDERED.**

Dated: _____, 2023
     New York, New York

_____
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE

2