CLEARY GOTTLIEB STEEN & HAMILTON LLP
David H. Botter
Luke A. Barefoot
Alexandra S. Lotty
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Counsel to the Ad Hoc Group of Noteholders*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Americanas S.A., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | Case No. 23-10092 (MEW)<br><br>Chapter 15<br>(Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL NOTICES AND PLEADINGS**

**PLEASE TAKE NOTICE** that Luke A. Barefoot of Cleary Gottlieb Steen & Hamilton LLP hereby appears in the above-captioned case pursuant to 11 U.S.C. §§ 342(a) and 1109(b) (the "Bankruptcy Code") and Rules 2002, 3017, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to an ad hoc group (the "Ad Hoc Group") of certain unaffiliated holders of: (i) the 4.750% Senior Notes due 2030 issued by debtor JSM Global S.á.r.l. and (ii) the 4.375% Senior Notes due 2030 issued by debtor B2W Digital Lux S.á.r.l., and requests

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60 – Brazil); JSM Global S.a.r.l. (5670 – Grand Duchy of Luxenburg; and B2w Digital Lux S.a.r.l. (8659 – Grand Ducy of Luxemburg).

that copies of all notices and pleadings given, required to be given or filed in the above-captioned cases be given and served upon the person listed below at the following address:

>Luke A. Barefoot
>CLEARY GOTTLIEB STEEN & HAMILTON LLP
>One Liberty Plaza
>New York, New York 10006
>212-225-2000
>lbarefoot@cgsh.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any order and notice of any application, motion, petition, pleading, request, complaint or demand, whether former or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, overnight carrier, facsimile transmission, email or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleadings, claim or suit shall be deemed or construed to be a waiver of the rights of the Ad Hoc Group: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (3) to have the United States District Court for the Southern District of New York (the "District Court") withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which the Ad Hoc Group is or may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: May 22, 2023
New York, New York

        Respectfully submitted,

        */s/ Luke A. Barefoot*
        Luke A. Barefoot
        CLEARY GOTTLIEB STEEN & HAMILTON LLP
        One Liberty Plaza
        New York, New York 10006
        T: 212-225-2000
        F: 212-225-3999
        lbarefoot@cgsh.com

        *Counsel to the Ad Hoc Group of Noteholders*