Hearing Date and Time: December 12, 2023 at 10:00 a.m.

Objection Deadline: December 5, 2023

WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
James N. Lawlor, Esq.
Hunter G. Waters, Esq.

*Attorneys for Sablon Partners Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re:* <br><br> Americanas S.A., et al.,[1] <br><br> **Debtors in a Foreign Proceeding** | Case No. 23-10092 (MEW) <br><br> Chapter 15 <br> (Jointly Administered) |

**NOTICE OF HEARING OF MOTION OF SABLON PARTNERS LTD.
FOR AN ORDER PURSUANT TO BANKRUPTCY RULES 2004 AND
9016 AUTHORIZING THE EXAMINATION OF THE DEBTORS
AMERICANAS AND B2W DIGITAL AND THIRD PARTIES**

**PLEASE TAKE NOTICE** that a hearing on the annexed *Motion of Sablon Partners Ltd. for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Debtors Americanas and B2W Digital and Third Parties* (the "Motion") filed by Sablon Partners Ltd. ("Sablon") in the above-captioned chapter 15 cases will be held before the Honorable Judge Michael E. Wiles, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, Courtroom 617, One Bowling Green, New York, NY 10004-1408

---

[1] According to the Foreign Representative for the debtors in these chapter 15 cases, those debtors, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60-Brazil); JSM Global S.a.r.l (5670 – Grand Duchy of Luxemberg); and B2W Digital Lux S.a.r.l. (8659-Grand Duchy of Luxemberg)

(the "Bankruptcy Court") on **December 12, 2023** at **10:00 am** (Eastern Time) (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), shall be filed with the Bankruptcy Court (i) by attorneys practicing in the Bankruptcy Court, including attorneys admitted pro hac vice, electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov), and (ii) by all other parties in interest, on a CD-ROM, in text-searchable portable document format (PDF) (with two single-sided hard copies delivered to the Judge's Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and shall be served in accordance with General Order M-399, the Bankruptcy Rules, and the Local Rules, so as to be filed and served upon (a) the attorneys for Sablon, Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, NY 10110 (Attn: James N. Lawlor); (b) the Office of United States Trustee for Region 2, Alexander Hamilton Custom House, One Bowling Green, Room 534, New York, NY 10004-1408 (Attn: Annie Wells, Esq.); and (c) the Honorable Judge Michael E. Wiles, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Courtroom 617, One Bowling Green, New York, NY 10004-1408, which service shall include (2) single-sided hard copies of every pleading, with exhibits no later than **December 5, 2023** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served with respect to the Motion, Sablon may, on or after the Objection Deadline, submit to the

Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that any objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default.

Dated: November 13, 2023
      New York, New York

                                      Respectfully Submitted,

                                      */s/ James N. Lawlor*
                                      James N. Lawlor
                                      Hunter G. Waters

                                      WOLLMUTH MAHER & DEUTSCH LLP
                                      500 Fifth Avenue
                                      New York, NY 10110
                                      Telephone: (212) 382-3300
                                      Facsimile: (212) 382-0050
                                      jlawlor@wmd-law.com
                                      hwaters@wmd-law.com

                                      *Counsel for Sablon Partners Ltd.*