WOLLMUTH MAHER & DEUTSCH LLP
500 Fifth Avenue, 12th Floor
New York, NY 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
Hunter G. Waters
Hwaters@wmd-law.com

*Attorney for Sablon Partners Ltd.*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re:* <br><br> *Americanas S.A., et al.,*[1] <br><br> **Debtors in a Foreign Proceeding** | Case No. 23-10092 (MEW) <br><br> Chapter 15 <br> (Jointly Administered) |

**NOTICE OF APPERANCE, AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 et seq., and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Sablon Partners Ltd. appears through its counsel, Wollmuth Maher & Deutsch LLP, in the above-captioned case and requests service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned party upon:

Hunter G. Waters
Wollmuth Maher & Deutsch LLP
500 Fifth Avenue, 12th Floor
New York, New York 10110
Tel: (212) 382-330
hwaters@wmd-law.com

---

[1] According to the Foreign Representative for the debtors in these chapter 15 cases, those debtors, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60-Brazil); JSM Global S.a.r.l (5670 – Grand Duchy of Luxemberg); and B2W Digital Lux S.a.r.l. (8659-Grand Duchy of Luxemberg)

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned Debtors, their property or their estates.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, and Request for Service of Notices and Documents* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedies; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 14, 2023
New York, New York

                                              Respectfully Submitted,

                                              */s/ Hunter G. Waters*
                                              Hunter G. Waters

                                              WOLLMUTH MAHER & DEUTSCH LLP
                                              500 Fifth Avenue, 12th Floor
                                              New York, NY 10110
                                              Telephone: (212) 382-3300
                                              Facsimile: (212) 382-0050
                                              hwaters@wmd-law.com

                                              *Counsel for Sablon Partners Ltd.*