Mario O. Gazzola
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor New York, NY 10110
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: mariogazzola@quinnemanuel.com

*Counsel for LTS Trading Company LLC and Cedar Trade LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re:*<br><br>*Americanas S.A., et al.,*[1]<br><br>Debtors in a Foreign Proceeding | Case No. 23-10092 (MEW)<br><br>Chapter 15<br>(Jointly Administered) |

### NOTICE OF APPEARANCE, AND REQUEST
### FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States

Code, 11 U.S.C. § 101 et seq., and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules"), LTS Trading Company LLC and Cedar Trade LLC appear

through its counsel, Quinn Emanuel Urquhart & Sullivan, LLC, in the above-captioned case and

requests service of all pleadings, notices, filings, correspondence and other papers relating to this

litigation on behalf of the aforementioned party upon:

Mario O. Gazzola
Quinn Emanuel Urquhart & Sullivan LLP

---

[1]    According to the Foreign Representative for the debtors in these chapter 15 cases, those debtors, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60-Brazil); JSM Global S.a.r.l (5670 – Grand Duchy of Luxemberg); and B2W Digital Lux S.a.r.l. (8659-Grand Duchy of Luxemberg)

51 Madison Avenue, 22nd Floor
New York, New York 10110
Tel: (212) 849-7000
Facsimile: (212) 849-7100
Email: mariogazzola@quinnemanuel.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Rules, that the foregoing request for service includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all notices, applications, motions, complaints and orders, whether written or oral, formal or informal, however transmitted or conveyed, by mail, e-mail, facsimile, telephone, telegraph, telex, hand delivery, overnight carrier, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, and Request for Service of Notices and Documents* (the "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in noncore matters entered only after de novo review by a District Judge; (ii) the right to trial by jury in any proceeding triable in these cases or any case, controversy, or proceeding related to these cases; (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (v) an election of remedies; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:    November 17, 2023
          New York, New York

Respectfully Submitted,

*/s/ Mario O. Gazzola*

Mario O. Gazzola
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10110
Telephone: (212) 849-7150
Facsimile: (212) 849-7100
mariogazzola@quinnrmanuel.com

*Counsel for LTS Trading Company LLC and
Cedar Trade LLC*