WOLLMUTH MAHER & DEUTSCH LLP  
500 Fifth Avenue, 12th Floor  
New York, NY 10110  
Telephone: (212) 382-3300  
Facsimile: (212) 382-0050  
Hunter G. Waters  

*Attorneys for Sablon Partners Ltd.*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *In Re:* <br><br> *Americanas S.A., et al.,*[1] <br><br> **Debtors in a Foreign Proceeding** | Case No. 23-10092 (MEW) <br><br> Chapter 15 <br> (Jointly Administered) |

# CERTFICATE OF SERVICE

I, Hunter G. Waters, hereby certify:

1. I am an associate at the law firm of Wollmuth Maher & Deutsch LLP, counsel to Sablon Partners Ltd. ("Sablon").

2. On December 8 and December 11, 2023, this office caused true copies of *Sablon Partners LTD's Reply in Further Support of Its Motion for Entry of An Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Debtors Americanas and B2W Digital and Third Parties* to be served upon the listed on the attached service list, via First Class Mail and/or electronic mail, as noted below.

---

[1] According to the Foreign Representative for the debtors in these chapter 15 cases, those debtors, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60-Brazil); JSM Global S.a.r.l (5670 – Grand Duchy of Luxemberg); and B2W Digital Lux S.a.r.l. (8659-Grand Duchy of Luxemberg)

3. All parties who have requested electronic notification of filings via the Bankruptcy Court CM/ECF system were sent the above-referenced documents via electronic notice on December 8, 2023.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: December 11, 2023
      New York, New York

      Respectfully Submitted,

      */s/ Hunter G. Waters*
      Hunter G. Waters

      WOLLMUTH MAHER & DEUTSCH LLP
      500 Fifth Avenue
      New York, NY 10110
      Telephone: (212) 382-3300
      Facsimile: (212) 382-0050
      hwaters@wmd-law.com

      *Counsel for Sablon Partners Ltd.*

## EXHIBIT A

Electronic Service

| Notice Party Name | Notice Party Address |
|---|---|
| **The United States Trustee** | |
| Office of the United States Trustee for the Southern District of New York | USTP.Region02@usdoj.gov<br>Annie.wells@usdoj.gov |
| **Indenture Trustees and Related Parties** | |
| Hogan Lovells US LLP<br><br>(Counsel to Deutsche Bank Trust Company Americas) | ronald.silverman@hoganlovells.com<br>robert.ripin@hoganlovells.com<br>jennifer.lee@hoganlovells.com |
| **Counsel** | |
| White & Case LLP<br><br>(Counsel to the Chapter 15 Debtors) | jcunningham@whitecase.com<br>rkebrdle@whitecase.com<br>livy.mezei@whitecase.com<br>ricardo.pasianotto@whitecase.com |
| Basilio Advogados<br><br>Salomão, Kaiuca, Abrahão, Raposo e Cotta Advogados<br><br>Helio Oliveira (General Counsel)<br><br>(Counsel to the Americanas Group) | abasilio@basilioadvogados.com.br<br><br>paulo.salomao@salomaoadv.com.br<br><br>Helio.oliveira@americanas.io |
| FCDG Advogados<br><br>Galdino & Coelho, Pimenta, Takemi, Ayoub Advogados<br><br>Dechert LLP<br><br>(Counsel to Banco BTG Pactual S.A.) | judicialrj@fcdg.com.br<br><br>intimações.rp@gc.com.br<br><br>OL-Contencioso-Civel@btgpactual.com<br><br>allan.brilliant@dechert.com<br>craig.druehl@dechert.com |
| Cescon, Barrieu, Flesch & Barreto Advogados<br><br>(Counsel to Bank of America Merrill Lynch Banco Múltiplo S.A.) | Cinthia.Lamare@cesconbarrieu.com.br<br>Luiz.Camargo@cesconbarrieu.com.br<br>Valentina.Ramalho@cesconbarrieu.com.br |
| Gustavo Tepedino Advogados<br><br>(Counsel to Banco Votorantim S.A.) | mdo@tepedino.adv.br<br>rsc@tepedino.adv.br |
| Machado Meyer Advogados | eccarvalho@machadomeyer.com.br |

| | |
|---|---|
| (Counsel to Banco J.P. Morgan S.A. and J.P. Morgan Chase Bank, N.A.) | gmcoelho@machadomeyer.com.br vpereira@machadomeyer.com.br |
| Milbank LLP (Counsel for Itaú Unibanco S.A.) | DPerry@milbank.com ARaval@milbank.com AHarmeyer@milbank.com |
| Akin Gump Strauss Hauer & Feld LLP (Counsel for an Ad Hoc Group of Certain Unaffiliated Holders of the NY Notes) | dbotter@akingump.com aqureshi@akingump.com gritacco@akingump.com sschultz@akingump.com |
| Pryor Cashman LLP (Counsel for Wilmington Savings Fund Society, FSB) | slieberman@pryorcashman.com psibley@pryorcashman.com msilverman@pryorcashman.com |
| Cleary Gottlieb Steen & Hamilton LLP (Counsel for an Ad Hoc Group of Certain Unaffiliated Noteholders) | lbarefoot@cgsh.com alotty@cgsh.com |
| Chaffetz Lindsey LLP (Counsel to Banco Safra S.A.) | a.lipkin@chaffetzlindsey.com l.rezende@chaffetzlindsey.com |
| Quinn Emanuel Urquhart & Sullivan, LLP (Counsel to LTS Trading Company LLC and Cedar Trade LLC) | michaelcarlinsky@quinnemanuel.com benjaminfinestone@quinnemanuel.com mariogazzola@quinnemanuel.com |
| **Others** | |
| Depository Trust Company | conversionsandwarrantsannouncements@dtcc.com legalandtaxnotices@dtcc.com |
| **USD SWAP Counterparties** | |
| Bank of America N.A. | dg.dg_gmg_cid_fax_notices@bofa.com |
| J.P. Morgan | ISDA_MA_notices@jpmorgan.com portfolio.reconciliation@jpmorgan.com risk.valuation@jpmorgan.com |

# EXHIBIT B

Via First Class Mail

| Notice Party Name | Notice Party Address |
|---|---|
| **The United States Trustee** | |
| Office of the United States Trustee for the Southern District of New York | Attn: Annie Wells<br>One Bowling Green, Suite 511<br>New York, NY 10014 |
| **Chapter 15 Debtors** | |
| Americanas S.A.<br>JSM Global S.À.R.L.<br>B2W Digital Lux S.à.r.l.<br>(Chapter 15 Debtors) | Attn: Helio Oliveira<br>Rua Sacadura Cabral, No. 102<br>20081-902, Rio de Janeiro, RJ, Brasil |
| **Others** | |
| LTS Trading Company LLC | Address: 16192 Coastal Hwy Lewes, DE 19958-3608 |
| Cedar Trade LLC | C/O: ICC Management Services, LTD.<br>Address: 3411 Silverside Road Tatnall Building STE 104, Wilmington, DE 19810 |
| LTS Investments Holdings, LLC | C/O: The Corporation Trust Company<br>Address: Corporation Trust Center 1209 Orange St, Wilmington, DE 19801 |
| LTS Investments, Inc. | C/O: Worldwide Incorporators Ltd.<br>Address: 3411 Silverside RD STE 104 Tatnall BLDG, Wilmington, DE 19810 |