UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>Americanas S.A., *et al.*,[1]<br><br>Debtors in a Foreign Proceeding. | )<br>)<br>) Case No. 23-10092 (MEW)<br>)<br>) Chapter 15<br>) (Jointly Administered)<br>) |

### ORDER DENYING MOTION OF SABLON PARTNERS LTD. FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY RULE 2004 AUTHORIZING THE EXAMINATION OF DEBTORS AMERICANAS AND B2W DIGITAL AND THIRD PARTIES

Upon consideration of the *Motion of Sablon Partners Ltd. for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Debtors Americanas and B2W Digital and Third Parties* [Docket No. 42] (the "**Motion**"), the *Foreign Representative's Objection to Motion of Sablon Partners Ltd. for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Debtors Americanas and B2W Digital and Third Parties* [Docket No. 55] (the "**Foreign Representative Objection**"), the *Objection of LTS Trading Company LLC and Cedar Trade LLC to Sablon Partners Ltd.'s Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Americanas and B2W Digital and Third Parties* [Docket No. 51] (the "**LTS Objection**"), and *Sablon Partners Ltd.'s Reply in Further Support of Its Motion for Entry of an Order Pursuant to Bankruptcy Rule 2004 Authorizing the Examination of Debtors Americanas and B2W Digital and Third Parties* [Docket No. 59] (the "**Reply**"); and the district having jurisdiction over this Motion in accordance with 28 U.S.C. § 1334; and the district court having referred jurisdiction over this matter to this Court pursuant to

---

[1] The debtors in these chapter 15 cases, along with the last four digits of each debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Americanas S.A. (06-60 – Brazil); JSM Global S.à.r.l. (5670 – Grand Duchy of Luxembourg); and B2W Digital Lux S.à r.l. (8659 – Grand Duchy of Luxembourg).

28 U.S.C. § 157 and the Amended Standing Order of Reference dated January 31, 2012, Reference M-431, *In re Standing Order of Reference re: Title 11*, 12 Misc. 00032 (S.D.N.Y. Feb. 1, 2012) (Preska, C.J.); and a hearing on the Motion having been held on December 12, 2023 (the "**Hearing**"); it is hereby:

ORDERED, that the Motion is denied for the reasons set forth by the Court on the record at the Hearing.

Dated: New York, New York
December 13, 2023

/s/ **Michael E. Wiles**
HONORABLE MICHAEL E. WILES
UNITED STATES BANKRUPTCY JUDGE